IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THOMAS J. KAWA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>U.S. BANK, N.A.,<br><br>　　　　Defendant. | Case No. 8:10-cv-00169<br><br><br>**ORDER** |

　　　　THIS MATTER came on to be heard upon stipulation of the parties hereto that the above-entitled matter including all claims and counter-claims and counter-claims be dismissed with prejudice, each party to pay their own costs and complete record waived pursuant to an agreement reached in a successful mediation with Michael Kinney, Cassem Tierney Law Firm, 8805 Indian Hills Drive, Suite 300, Omaha, Nebraska 68114, on March 22, 2011 to March 29, 2011.  The Court, being fully advised in the premises, finds that such an order should be entered.

　　　　IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the above-captioned matter is dismissed with prejudice, each party to pay their own costs and complete record waived.

　　　　Dated this   15   day of    April         , 2011.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　_/s/ J. F. Bataillon_____

Prepared and submitted by:

Angela L. Burmeister　　　　　　　　　　Craig Knickrehm
BERKSHIRE & BURMEISTER　　　　　　WALENTINE O'TOOLE MCQUILLAN & GORDON
1301 S. 75th Street, Suite 100　　　　　　11240 Davenport Street
Omaha, NE 68124　　　　　　　　　　　　Omaha, NE  68154
402-827-7000　　　　　　　　　　　　　　402-330-6300
aburmeister@berkshire-law.com　　　　　cknickrehm@womglaw.com